UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE F. SWARTZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-00902-DC-CSK (PS)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION<br><br>(Doc. No. 14) |

　　　　This matter is before the court on Plaintiff's motion for reconsideration of this court's April 15, 2025 order denying Plaintiff's motion to disqualify the undersigned. (Doc. Nos. 10, 14.)

　　　　In his motion, Plaintiff invokes Federal Rule of Civil Procedure 60(a), which provides "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a). The court has reviewed the April 15, 2025 order and will deny the request to reconsider that order, as the court finds no clerical mistake in need of correction nor legal or factual basis to support disqualifying the judges assigned to this matter.

　　　　Accordingly,

　　　　1.　　Plaintiff's motion for reconsideration (Doc. No. 14) is DENIED; and

/////

/////

1

2. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __**December 29, 2025**__

_____
Dena Coggins
United States District Judge