UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE F. SWARTZ,

Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

Defendants.

No. 2:25-cv-00902-DC-CSK (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 2, 9, 14, 19, 20, 26)

Plaintiff Jesse F. Swartz is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 3, 2025, Plaintiff filed a motion to proceed *in forma pauperis*. (Doc. No. 2.) On April 10, 2025, Plaintiff filed a motion for judgment on the pleadings. (Doc. No. 9.) Plaintiff filed the operative second amended complaint on April 18, 2025. (Doc. No. 13.) Three days later, Plaintiff filed a motion to strike a court order, reconsideration of a court order, and to stay proceedings.[1] (Doc. No. 14.)

On June 20, 2025, the magistrate judge filed findings and recommendations recommending, among other things, dismissal of Plaintiff's second amended complaint. (Doc. No. 19.) The findings and recommendations were served on Plaintiff and contained notice to

---

[1] On December 30, 2025, the court denied Plaintiff's motion for reconsideration. (Doc. No. 29.)

1

Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. (*Id*. at 10.)

On June 30, 2025, Plaintiff filed objections to the findings and recommendations. (Doc. No. 20.) In those objections, Plaintiff also requests that the court strike the findings and recommendations. (*Id*.) In July and August 2025, Plaintiff filed exhibits in support of his first amended complaint. (Doc. Nos. 21, 22, 23, 24, 25.) On November 13, 2025, Plaintiff filed a motion to stay this case. (Doc. No. 26.) On December 15, 2025, Plaintiff filed exhibits related to purported harassment he was experiencing. (Doc. No. 28.) The court has reviewed Plaintiff's objections, request, exhibits, and motion to stay and finds they do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on June 20, 2025 (Doc. No. 19) are ADOPTED in full;

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED;

3. Plaintiff's second amended complaint (Doc. No. 13) is dismissed without leave to amend;

4. Plaintiff's motion for judgment on the pleadings (Doc. No. 9) is DENIED as moot;

5. Plaintiff's motion to strike and stay (Doc. No. 14) is DENIED as moot;

6. Plaintiff's motion to strike (Doc. No. 20) is DENIED as moot;

/////

/////

/////

/////

/////

2

7.     Plaintiff's motion to stay (Doc. No. 26) is DENIED as moot; and

8.     The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **January 27, 2026**

_____
Dena Coggins
United States District Judge